pellants should the appeals ultimately go against them. In any event, if the appeals are without substance and should therefore be dismissed as frivolous, that conclusion ought to be capable of being summarily determined by the Court of Appeals without further delay. The disposition this Court is making of these motions is a shortcut that seems to me to disregard the relevant considerations for the exercise of appellate jurisdiction.

*Certiorari Granted.* *(See also No. 500, ante, p. 38, and No. 670, supra.)*

No. 583. REILLY, POSTMASTER, *v.* PINKUS, TRADING AS AMERICAN HEALTH AIDS CO., ALSO KNOWN AS ENERGY FOOD CENTER. C. A. 3d Cir. Certiorari granted. *Solicitor General Perlman* for petitioner. *Bernard G. Segal* and *Irving R. Segal* for respondent.

*Certiorari Denied.* *(See also No. 437, Misc., supra.)*

No. 561. BROADHURST *v.* OREGON. Supreme Court of Oregon. Certiorari denied. *W. H. Langroise* for petitioner.

No. 592. HOWELL *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *J. Raymond Gordon* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell* and *Robert S. Erdahl* for the United States.

No. 625. UNITED STATES *v.* FAUBER, ADMINISTRATRIX. Court of Claims. Certiorari denied. *Solicitor General Perlman* for the United States. *Arlon V. Cushman, John J. Darby, William M. Cushman* and *C. Willard Hayes* for respondent.